UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LIONEL JAMES TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | |
| **FELICIA GONZALEZ** | **NO. 24-00633-BAJ-EWD** |

### RULING AND ORDER

Before the Court is the **Motion To Dismiss By The United States Of America (Doc. 6, the "Motion")**. The Motion is unopposed.

The Magistrate Judge issued a **Report and Recommendation (Doc. 9, the "Report")**, recommending that the Court grant the United States' Motion and dismiss the case without prejudice. There are no objections to the Report.

Having carefully considered Plaintiff's Notice Of Removal (Doc. 1), the United States' Motion (Doc. 6), and the Magistrate Judge's Report (Doc. 9), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **Motion (Doc. 6)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 31st day of July, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

2